**Melvin FORD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 97301.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 4, 2012.

**STATE of Missouri, Respondent,**

v.

**Dewayne WHITE, Defendant/Appellant.**

**No. ED 97347.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 4, 2012.

Timothy J. Forneris, Assistant Public Defender, St. Louis, MO, for appellant.

Chris Koster, Attorney General, John Winston Grantham, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, JR., C.J., MARY K. HOFF, J., and ROBERT M. CLAYTON III, J.

Before GARY M. GAERTNER, JR., C.J., MARY K. HOFF, J., and ROBERT M. CLAYTON III, J.

*ORDER*

PER CURIAM.

Melvin Ford, also known as James Spann ("Ford"), appeals the judgment of the motion court denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We find that the motion court did not clearly err in denying Ford's request for post-conviction relief. We affirm.